**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6206

LAMONT HENDERSON,

                Plaintiff – Appellant,

        v.

UNITED STATES ATTORNEY GENERAL,

                Defendant – Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Cameron McGowan Currie, District
Judge.  (3:09-cv-02962-CMC)

Submitted: April 29, 2010              Decided:  May 4, 2010

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lamont Henderson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lamont Henderson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Henderson's civil complaint for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Henderson v. U.S. Attorney Gen.</u>, No. 3:09-cv-02962-CMC (D.S.C. filed Jan. 7, 2010; entered Jan. 8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>